ORIGINAL

FLORENCE T. NAKAKUNI #2286
United States Attorney
District of Hawaii

BEVERLY WEE SAMESHIMA #2556
Chief, Drug and Organized Crime Section

SUSAN CUSHMAN
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: Susan.Cushman@usdoj.gov

Attorneys for Plaintiff
United States of America

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
SEP 21 2011
at __ o'clock and __ min __ M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 11-00730 SOM |
| Plaintiff, ) | SUPERSEDING INDICTMENT |
| vs. ) | [21 U.S.C. 846, 841, 853] |
| PING HONG LEE, ) <br> aka Ping Hong Li, ) <br> aka Ping Hung Lee, ) <br> aka Bing Hang Li, ) <br> Defendant. ) | |

SUPERSEDING INDICTMENT

Count 1

The Grand Jury charges that:

On or about July 21, 2011, in the District of Hawaii and elsewhere, Defendant PING HONG LEE, aka Ping Hong Li, aka Ping Hung Lee, aka Bing Hang Li, knowingly and intentionally attempted to possess with intent to distribute a quantity of 3, 4

methylenedioxymethamphetamine (also known as "MDMA" and "Ecstasy"), to wit, approximately 7,000 tablets, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and 846.

## Count 2

The Grand Jury further charges that:

On or about July 21, 2011, in the District of Hawaii, Defendant PING HONG LEE aka Ping Hong Li, aka Ping Hung Lee, aka Bing Hang Li, knowingly and intentionally possessed a quantity of marijuana with intent to distribute, to wit, approximately 8,505 grams, a Schedule I controlled substance,

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## FORFEITURE ALLEGATION

1.   The allegations contained in Counts 1-2 of this Superseding Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 21, United States Code, Section 853.

2.   Pursuant to Title 21, United States Code, Section 853, upon conviction of an offense in violation of Title 21, United States Code, Sections 841 and 846, the defendant, PING HONG LEE, aka Ping Hong Li, aka Ping Hung Lee, aka Bing Hang Li, shall forfeit to the United States of America any property

constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offenses. The property to be forfeited includes, but is not limited to, the following

> A Silver 2006 Mercedes-Benz ML500 Sports Utility Vehicle bearing Hawaii license plate number PVW836, and vehicle identification number 4JGBB75EX6A043971, which was seized on July 21, 2011, from Ping Hong Lee.

    3.    If any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code,

//
//
//

Section 982(b)(1) and Title 28, United States Code, Section 2461(c).

DATED: September 21, 2011, at Honolulu, Hawaii.

A TRUE BILL

/s/ Foreperson
GRAND JURY FOREPERSON

FLORENCE T. NAKAKUNI
United States Attorney
District of Hawaii

BEVERLY WEE SAMESHIMA
Chief, Drug and Organized
  Crime Section

SUSAN CUSHMAN
Assistant U.S. Attorney

USA vs. PING HONG LEE
Cr. No. 11-00730 SOM
"Superseding Indictment"