IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 11-00730 SOM |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING REQUEST |
| | ) | FOR EARLY TERMINATION OF |
| vs. | ) | SUPERVISED RELEASE |
| | ) | |
| PING HONG LEE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER GRANTING REQUEST FOR
EARLY TERMINATION OF SUPERVISED RELEASE**

Defendant Ping Hong Lee has asked for early termination of supervised release. The Probation Office reports that Mr. Lee has steady employment and a stable residence and has had no problems known to the Probation Office during the 19 months he has served of his 36-month supervision period. He is living with his children while his wife, having completed her own period in federal custody, is in California caring for her father.

The Government objects to early termination, pointing to events in Mr. Lee's past. Given the time since those events and Mr. Lee's positive adjustment while on supervised release, this court grants his request and orders supervised release terminated.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, May 25, 2017.



/s/ Susan Oki Mollway
Susan Oki Mollway
United States District Judge

United States v. Ping Hong Lee, Cr. No. 11-00730 SOM, Order Granting Request for Early Termination of Supervised Release